**SO ORDERED: March 09, 2008.**

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

```
         UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF INDIANA
              INDIANAPOLIS DIVISION
```

IN RE:

FRANK MATOLESY                   ) CASE NO. 07-07734-FJO-7
CHRISTINA MATOLESY               )
                                 )
       Debtors                   )
                                 )

**ORDER**

This matter came before the Court upon the filing the of the Motion to File Belated Adversary Proceeding filed by Dr. Carrancejie and the response filed by the Debtors. The court held a hearing on March 3, 2008. The deadline for filing adversary proceedings was December 10, 2007. It is clear that this creditor had notice of such deadline. The Motion was filed after the deadline passed. After reviewing this matter, this Court finds that the Motion to File Belated Adversary Proceeding filed by Dr. Carrancejie should

be denied.  It is,

ORDERED, ADJUDGED AND DECREED that the Motion to File Belated Adversary Proceeding filed by Dr. Carrancejie is DENIED.

###